■ In the Matter of CARMEN MELENDEZ et al., Appellants, v LUIS HERNANDEZ et al., Respondents. — Judgment of the Supreme Court, Kings County (Hirsch, J.), dated September 1, 1982, affirmed, without costs or disbursements. No opinion. Weinstein, J. P., Brown, Rubin and Boyers, JJ., concur.

■ In the Matter of WILLIAM R. PELL, III, Petitioner, v EVERETT F. MCNAB et al., Respondents. In the Matter of JOSEPH SAWICKI, JR., Appellant, et al., Petitioner, v EVERETT F. MCNAB et al., Respondents. (And Other Actions.) — Judgment of the Supreme Court, Suffolk County (De Luca, J.), dated September 3, 1982, affirmed insofar as appealed from, without costs or disbursements. No opinion. Mollen, P. J., Damiani, Mangano and Thompson, JJ., concur.

■ In the Matter of MARILYN RINSLER et al., Appellants, v JOHN F. GANGEMI et al., Respondents. (And a Second Action.) — Judgment of the Supreme Court, Kings County (Berkowitz, J.), dated September 7, 1982, affirmed, without costs or disbursements. No opinion. Weinstein, J. P., Brown, Rubin and Boyers, JJ., concur.

■ In the Matter of IRMA RODRIGUEZ et al., Appellants, v JACK J. OLIVERO et al., Respondents. — Judgment of the Supreme Court, Kings County (Schneier, J.), dated September 1, 1982, affirmed, without costs or disbursements. No opinion. Lazer, J. P., Gulotta, Bracken and Neihoff, JJ., concur.

■ In the Matter of HAKIM SABIR, Respondent, v BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent, and VICTOR E. TRIMMER, Appellant. — Judgment of the Supreme Court, Kings County, dated September 7, 1982, affirmed, without costs or disbursements, for reasons stated by Justice Hellenbrand at Special Term. Weinstein, J. P., Brown, Rubin and Boyers, JJ., concur.